UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C.M.H., | No.  1:26-cv-01808-DC-DMC-HC |
| Petitioner, | |
| v. | ORDER |
| CHRISTOPHER CHESTNUT, et. al., | |
| Respondents. | |

Petitioner, who is proceeding with counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Petitioner filed a motion for temporary restraining order, ECF No. 6, which was granted by the District Judge, ECF No. 13. Respondents filed a joint opposition to motion for temporary restraining order and opposition to the petition. See ECF No. 10.  In light of this, the undersigned will vacate the prior briefing schedule set forth in ECF No. 7. Petitioner's motion to accept late filing, ECF No. 12, will be granted and Petitioner will be directed to file a reply or inform the Court they stand on their reply to opposition to temporary restraining order, ECF No. 11, within 30 days of the date of this order.

/ / /

/ / /

/ / /

1

In accordance with the above, IT IS HEREBY ORDERED that:

1.      Briefing schedule set in ECF No. 7 is VACATED;

5.      Petitioner's reply/traverse, if any, is due within 30 days of the date of this order.

3.      Petitioner's motion to accept late filing, ECF No. 12, is GRANTED

Dated:  April 14, 2026

_____

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE